**No. 10-8213. Phillip D. Denbow, Petitioner v. Texas.**

562 U.S. 1275, 131 S. Ct. 1609, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 1907.

March 7, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-8219. Baldomero G. Ortegon, Petitioner v. Texas.**

562 U.S. 1275, 131 S. Ct. 1609, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 2030.

March 7, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-8224. Elizabeth C. White, Petitioner v. Raymond Boyd, et al.**

562 U.S. 1275, 131 S. Ct. 1609, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 2063.

March 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 10-8230. John Joseph Laffiteau, Petitioner v. Management and Legal Agents for Camelot Inn.**

562 U.S. 1275, 131 S. Ct. 1609, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 1934,

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 303.

**No. 10-8236. Kazadi Big Musungayi, Petitioner v. Whirlpool Corporation.**

562 U.S. 1275, 131 S. Ct. 1609, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 2045.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 401 Fed. Appx. 346.

**No. 10-8242. Alfredo Martinez, Petitioner v. Texas.**

562 U.S. 1275, 131 S. Ct. 1610, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 1968.

March 7, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-8257. Pete Wright, Petitioner v. Arthur Wood, et al.**

562 U.S. 1275, 131 S. Ct. 1610, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 1957.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 394 Fed. Appx. 327.

**No. 10-8259. Michael Gomes, Petitioner v. Karin Bergeron, Superintendent, Old Colony Correctional Center.**

562 U.S. 1275, 131 S. Ct. 1610, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 1935.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.